MARCH 3, 1992

No. 91–7476 (A–651).   ELLIS *v.* TEXAS.   Ct. Crim. App. Tex.
Application for stay of execution of sentence of death, presented
to JUSTICE SCALIA, and by him referred to the Court, denied.
Certiorari denied.   JUSTICE BLACKMUN and JUSTICE SOUTER
would grant the application for stay of execution.

No. 91–7477 (A–652).   ELLIS *v.* COLLINS, DIRECTOR, TEXAS
DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.
C. A. 5th Cir.   Application for stay of execution of sentence of
death, presented to JUSTICE SCALIA, and by him referred to
the Court, denied.   Certiorari denied.   JUSTICE BLACKMUN and
JUSTICE SOUTER would grant the application for stay of execu-
tion.

MARCH 6, 1992

No. 91–891.   EICHLEAY CORP. *v.* INTERNATIONAL ASSOCIA-
TION OF BRIDGE, STRUCTURAL & ORNAMENTAL IRON WORKERS
ET AL.   C. A. 3d Cir.   Certiorari dismissed under this Court's
Rule 46.

No. 91–7240 (A–641).   ROBISON *v.* OKLAHOMA.   Ct. Crim. App.
Okla.   Application for stay of execution of sentence of death, pre-
sented to JUSTICE WHITE, and by him referred to the Court,
denied.   Certiorari denied.

MARCH 9, 1992

No. 91–1182.   CITY OF EMPORIA, KANSAS *v.* RENFRO ET AL.
C. A. 10th Cir.   Certiorari dismissed under this Court's Rule 46.